# UNITED STATES DISTRICT COURT
## for the
## EASTERN DISTRICT OF NORTH CAROLINA

U.S.A. vs. Nyzaun PulleyDocket No. 5:22-CR-9-1FL

### Petition for Action on Conditions of Pretrial Release - ADJUDICATED
Hearing Requested

COMES NOW Haley Huntley, U.S. Probation Officer of the Court, presenting an official report upon the conduct of defendant, Nyzaun Pulley, who was placed under pretrial release supervision by the Honorable Robert B. Jones, Jr., U.S. Magistrate Judge, sitting in the Court at Wilmington, on the 3rd day of June, 2022. The defendant's sentencing is currently set for September 5, 2023, in New Bern, North Carolina. On July 7, 2022, the defendant's Conditions of Release were modified to include the addition of a mental health treatment condition. On August 1, 2022, a Violation Report was submitted to the Court advising that the defendant had submitted a urine sample that tested positive for marijuana. The defendant was continued on supervision to participate in substance abuse treatment and the Surprise Urinalysis Program. On January 25, 2023, a hearing was held before Your Honor and the defendant's Conditions of Release were amended.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:** On June 14, 2023, the defendant attempted to falsify a urinalysis test by wearing a urinalysis defeating device to provide a urine sample that was not his own. The defendant submitted his own urine sample that returned positive results for marijuana and fentanyl. When confronted with the positive results, the defendant admitted to smoking marijuana and taking a Percocet pill on June 13, 2023. The defendant signed admission forms for the positive urinalysis test and for attempting to falsify the test.

On June 20, 2023, the defendant submitted a urine sample that tested positive for marijuana and fentanyl. When confronted with the positive results, the defendant admitted to smoking marijuana and taking a Percocet pill on June 19, 2023, and signed an admission form.

**PRAYING THAT THE COURT WILL ORDER** that a bond hearing be scheduled to determine if the defendant's bond should be revoked. The clerk shall provide a copy of the petition to the U.S. Attorney's Office.

| Reviewed and approved, | I declare under penalty of perjury that the foregoing is true and correct. |
|---|---|
| /s/ Keith W. Lawrence<br>Keith W. Lawrence<br>Supervising U.S. Probation Officer | /s/ Haley Huntley<br>Haley Huntley<br>U.S. Probation Officer<br>150 Rowan Street Suite 110<br>Fayetteville, NC 28301<br>Phone: 910-354-2533<br>Executed On: June 26, 2023 |

### ORDER OF THE COURT

Considered and ordered the __28th__ day of __June__, 2023, and ordered filed and made part of the records in the above case.

_/s/ Louise W. Flanagan_
Louise W. Flanagan
U.S. Magistrate Judge